1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10                   **(HONORABLE BARRY TED MOSKOWITZ)**
11
12  UNITES STATES OF AMERICA,         )   Case No. 06CR02736-BTM
                                      )
13         Plaintiffs,                )
                                      )   **ORDER TO CHANGE DATE OF**
14  v.                                )   **SENTENCING HEARING**
                                      )
15  AMANDA KATHLEEN LEGORRETA,        )
                                      )
16         Defendant.                 )
                                      )
17                                    )
                                      )
18  _____
19      **IT IS HEREBY ORDERED** that the sentencing hearing set for
20  May 25, 2007, at 9:00 a.m. be rescheduled to **Wednesday, May 9,**
21  **2007, at 9:00 a.m.**
22  DATED:  May 2, 2007
23                                        _____
24                                        Hon. Barry Ted Moskowitz
                                          United States District Judge
25
26
27
28

                    ORDER TO CHANGE DATE OF SENTENCING HEARING
                                                              6CR02736-BTM